People v Zitrenbaum (2024 NY Slip Op 05227)

People v Zitrenbaum

2024 NY Slip Op 05227

Decided on October 23, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 23, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
JOSEPH J. MALTESE
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

2022-02649
 (Ind. No. 345/19)

[*1]The People of the State of New York, respondent,
v
Zev Zitrenbaum, appellant.

James D. Licata, New City, NY (Ellen O' Hara Woods of counsel), for appellant.
Thomas E. Walsh II, District Attorney, New City, NY (Carrie A. Ciganek of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from an amended judgment of the County Court, Rockland County (Kevin F. Russo, J.), rendered March 9, 2022, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated conditions thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal sexual act in the third degree.
ORDERED that the amended judgment is affirmed.
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80). The defendant's contention that his sentence violated the Eighth Amendment prohibition against cruel and unusual punishment is unpreserved for appellate review (see People v Pena, 28 NY3d 727, 730; People v Pickett, 222 AD3d 886, 886) and, in any event, without merit, as there are no exceptional circumstances here warranting modification of the challenged sentence, which was within the permissible statutory limit (People v Parsley, 150 AD3d 894, 896).
IANNACCI, J.P., MALTESE, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court